**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ILDEFONSO MENDOZA, | ) | NO. CV 16-7390-VAP(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.E. SPEARMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 22, 2018, 2018.

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE